THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WOODROW F. LOWERY and § <br> SUSAN K. LOWERY, § <br>     Plaintiffs, § <br> and § <br> § <br> DEBRA HEAVIN, § <br>     Plaintiff in Intervention § <br> § <br> vs. § <br> § <br> GRAHAM McCULLOUGH, in his § <br> capacity as substitute trustee, § <br> AMERICAN FEDERAL BANK, F.S.B., § <br> LOMAS MORTGAGE U S A , INC. § <br> DEBRA HEAVIN, § <br> RANDELL W. FRIEBELE, and § <br> METRO TITLE COMPANY, INC., § <br>     Defendants, § <br> and § <br> § <br> FEDERAL DEPOSIT INSURANCE § <br> CORPORATION as Manager of the § <br> FSLIC Resolution Fund, § <br>     Intervenor. § | CIVIL NO. B-96-41 | United States District Court <br> Southern District of Texas <br> FILED <br> JUL 21 1999 <br> Michael N. Milby <br> Clerk of Court |



ORDER GRANTING LOMAS MORTGAGE USA'S
MOTION FOR SUMMARY JUDGMENT

    Before this Court is the motion of Defendant Lomas Mortgage USA, Inc. (the name of which has been changed to Nomas Corp.) for summary judgment. Upon careful consideration of the record, the Court has concluded that the motion should be granted.

    It is therefore ORDERED that the motion of Lomas Mortgage USA, Inc. for summary judgment be, and is hereby GRANTED as to all claims of Debra K. Vinson (formerly known as Debra Heavin) against Lomas Mortgage USA, Inc.

It is further ORDERED that Debra K. Vinson, formerly known as Debra Heavin, take nothing on her claims against Lomas Mortgage USA, Inc., and all such claims are hereby DISMISSED.

SO ORDERED this 20th day of July, 1999 in Brownsville, Texas.

                                                    Filemon B. Vela
                                                    United States District Judge