30

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 2 2 1999

Michael N. Milby
Clerk of Court

## ORDER

| | | |
|---|---|---|
| WOODROW F. LOWERY, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-041 |
| | § | |
| GRAHAM McCULLOUGH, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 17, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 22, 1999

TO:   MS. ANGELA P. NIX
       MR. JAMES A. FISHER
       MR. JAMES M. MOORE