31

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WOODROW F. LOWERY, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-041 |
| § | |
| GRAHAM McCULLOUGH, ET AL. § | |

TYPE OF CASE:   __X__ CIVIL             ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **DECEMBER 17, 1999 AT 2:00 P.M.** | **JANUARY 5, 2000 AT 2:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 7, 1999

TO:   MS. ANGELA P. NIX
      MR. JAMES A. FISHER
      MR. JAMES M. MOORE