36

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
**ENTERED**

JAN 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WOODROW F. LOWERY, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-041 |
| § | |
| GRAHAM McCULLOUGH, ET AL. § | |

TYPE OF CASE:       __X__ CIVIL               ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 23, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 10, 2000

TO:   MS. ANGELA P. NIX
      MR. JAMES A. FISHER
      MR. RANDELL W. FRIEBELE
      MR. JAMES MICHAEL MOORE
      MR. FRED JONES
      MR. FRANK ENRIQUEZ