41

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAY 22 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

| | | |
|---|---|---|
| WOODROW F. LOWERY, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-041 |
| | § | |
| GRAHAM McCULLOUGH, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ANGELA P. NIX'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**DEBRA K. VINSON IS ORDERED TO ATTEND HEARING**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 24, 2000 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: MAY 19, 2000

TO:  MS. ANGELA P. NIX
     MR. JAMES A. FISHER
     MR. RANDELL W. FRIEBELE
     MR. JAMES MICHAEL MOORE
     MR. FRED JONES
     MR. FRANK ENRIQUEZ