# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

**JUL 2 5 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WOODROW F. LOWERY<br>AND SUSAN K. LOWERY,<br>Plaintiffs, | §§§§ | |
| DEBRA S. HEAVIN,<br>Intervenor, | §§§ | |
| VS. | § | CIVIL ACTION NO. B-96-41 |
| GRAHAM MCCULLOUGH,<br>in his official capacity<br>as substitute trustee, AMERICAN<br>FEDERAL BANK, F.S.B.,<br>LOMAS MORTGAGE USA, INC.,<br>RANDELL W. FRIEBELE,<br>METRO TITLE CO., INC., AND<br>STEWART TITLE GUARANTY CO.,<br>Defendants, | §§§§§§§§§§ | |
| and | | |
| FEDERAL DEPOSIT INSURANCE<br>CORPORATION as manager of the<br>FSLIC Resolution Fund,<br>Intervenor. | §§§§§ | |

**ORDER**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 27, 2000 should be **ADOPTED.**

IT IS ORDERED that CIVIL ACTION NO. B-96-41 be administratively closed.

DONE at Brownsville, Texas this 21st day of July, 2000.

_____
Filemon B. Vela
United States District Court Judge